**STATE of Missouri, Respondent,**

v.

**James T. MILLER, Appellant.**

**James T. MILLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 69249.

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1997.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Appellant, James T. Miller, appeals the judgment of conviction entered by the Circuit Court of Audrain County after the trial court found him guilty of trafficking in the second degree, RSMo section 195.223.3(2)(1994). Appellant also appeals the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal files and find the judgment of conviction is supported by substantial evidence and is not against the weight of the

evidence, and does not erroneously declare or apply the law. We also find the findings and conclusions of the motion court are not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgments pursuant to Rules 30.25(b) and 84.16(b).